DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF VIOLATION AND ORDER
## UNDER THE IMMIGRATION AND NATIONALITY ACT

File Number: ▨▨▨▨

Penalty Tracking Number: ▨▨▨▨

In the Matter of: ▨▨▨▨

Name

▨▨▨▨

Address (Number, Street, City, State, and Zip Code)

The U.S. Department of Homeland Security provides notice of the following determinations:

[■] You are not a citizen or national of the United States.

It is further determined that, under the following sections of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code:

## [ ] Section 240B

[ ] On _____ , you were permitted to depart voluntarily under Section 240B of Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c.

[ ] You failed to voluntarily depart the United States within the time period specified.

Based on the foregoing, you are subject to a civil monetary penalty under Section 240B(d)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1).

**IT IS ORDERED that:**

[ ] a civil penalty be imposed upon you in the amount of: $ _____ , pursuant to Section 240B(d)(1)(A) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1)(A); and Title 8 of the Code of Federal Regulations, Part 281.

## [■] Section 274D

[■] On  **2017-06-22** , an order of removal, for which you are subject, was made final.

[■] You –

[■] willfully failed or refused to depart from the United States pursuant to the order.

[ ] willfully failed or refused to make timely application in good faith for travel or other documents necessary for departure.

[ ] willfully failed or refused to present for removal at the time and place required by the Attorney General [or Secretary of Homeland Security].

Based on the foregoing, you are subject to a civil monetary penalty under Section 274D(a)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a)(1).

**IT IS ORDERED that:**

[■] a civil penalty be imposed upon you in the amount of: $ **1,820,352.00** , pursuant to Section 274D(a)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a)(1); and Title 8 of the Code of Federal Regulations, Part 281.

| | | |
|---|---|---|
| Name | File Number | Penalty Tracking Number |

## ☐ Section 275

☐ On _____, you were apprehended while entering (or attempting to enter) the United States at a time or place other than as designated by immigration officers.

Based on the foregoing, you are subject to a civil monetary penalty under Section 275(b) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b).

**IT IS ORDERED that:**

☐ a civil penalty be imposed upon you in the amount of: $ _____ , pursuant to Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1); and Title 8 of the Code of Federal Regulations, Part 281.

☐ a civil penalty be imposed upon you in the amount of: $ _____ , twice the amount specified in Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1), because you have been previously subject to a civil penalty under this subsection, pursuant to Section 275(b)(2) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(2); and Title 8 of the Code of Federal Regulations, Part 281.

The U.S. Government will issue a demand letter and instructions for payment of the imposed civil penalty.

| | | | |
|---|---|---|---|
| KGXHPTCY.ICE<br>2/12/2026 | | Immigration Service Officer I | 2026-02-12 |
| Signature of Immigration Officer | | Title of Immigration Officer | Date |

## APPEAL RIGHTS

I.   You have the right to appeal this Notice of Violation and Order. To appeal, you must file written notice of appeal postmarked within 15 business days from the date of service of this Notice of Violation and Order.

II.  Any written notice of appeal must be submitted in accordance with the filing instructions in the below NOTICE OF APPEAL section, and filed with the following address:

Attn: Civil Fines Please provide the street address, city, state, and zip code.

### 500 12th St. S.W., Mailstop 5202, Rm. 11078 Washington, D.C. 20536

III. If you elect to submit a written response or documentary evidence, or both, in connection with the appeal, you shall file these materials with the notice of appeal.

IV.  You may be represented by counsel of your choice at no expense to the U.S. Government.

V.   If you do not timely file a written notice of appeal, the Notice of Violation and Order will become final, and you will be liable for the assessed civil penalty.

## CERTIFICATE OF SERVICE

D S KGXHPTCY

Served by (print name)

2026-02-12

Date served

Immigration Service Officer I

Name and title of employee or officer

KGXHPTCY.ICE
2/12/2026

Signature of employee or officer

Place of service

Person served (print name)

Signature of person served

☐ Refusal to Sign

Name

File Number

Penalty Tracking Number

Method of Service:

☐ Personal Delivery          ☐ Delivery to Attorney          ☑ Ordinary Mail

☐ Personal Delivery - Residence   ☐ Certified or Registered Mail

## NOTICE OF APPEAL

This Notice of Appeal must be filed with the U.S. Department of Homeland Security (i.e., postmarked) within 15 business days from the date of service of Notice of Violation and Order. Please read the complete appeal instructions.

## APPEAL INSTRUCTIONS

I.    **Filing requirements.** You must file this Notice of Appeal with the U.S. Department of Homeland Security within 15 business days from the date of service of the Notice of Violation and Order. You may provide a written defense or documentary evidence, or both, setting forth the reasons why a penalty should not be imposed. Your written defense and/or documentary evidence must be filed with the written notice of appeal. You should file the written notice of appeal and any accompanying material with the U.S. Department of Homeland Security in accordance with the filing instructions and at the address provided in the decision. The initial Notice of Violation and Order remains inoperative during the appeal period and while a timely administrative appeal is pending.

II.   **Review.** Your appeal is handled by a supervisory immigration officer who did not issue the original decision. That supervisory immigration officer will review the record de novo within 10 days after the notice of appeal is filed and may, in their discretion, call for additional briefing or written filings from you. If the officer requests additional briefing or written filings from you, you must return the information to the officer within 15 days from receipt of that request. In all cases, the supervisory immigration officer will issue a decision in writing no later than 45 calendar days after the notice of appeal was filed and serve it on you.

III.  **Record.** The record reviewed by a supervisory immigration officer will include the immigration officer's decision, the evidence contained in the U.S. Department of Homeland Security's administrative file, and any written filings, documentary evidence, or other relevant material timely filed by you in connection with your appeal. If requested by you on appeal, the supervisory immigration officer shall provide copies of pertinent documentation and records relevant to the penalty unless such records are law enforcement sensitive or disclosure is prohibited by law.

IV.   **Secretary of Homeland Security.** The supervisory immigration officer's decision or, if no appeal is taken, the Notice of Violation and Order constitutes final agency action unless the Secretary of Homeland Security, or the Secretary's designee, certifies for de novo review the decision to issue civil monetary penalties under sections 240B(d), 274D(a), or 275(b) of the Act and issues a new decision.

## APPEAL

I am filing an appeal of a Notice of Violation and Order for the following reasons:

☐ I have attached additional sheets with the reasons for my appeal.
☐ I have attached a separate written brief or statement.
☐ I have attached additional documentary evidence.

_____    _____    _____
Name                       File Number                Penalty Tracking Number

By signing below, I do solemnly swear or affirm that the information provided in this Notice of Appeal and supporting documentation is true, complete, and correct to the best of my knowledge and belief, and I understand that providing false information may result in penalties under federal law.

_____    _____
Signature                                   Date

_____    _____    _____
Printed Name               File Number                Penalty Tracking Number

_____
Current Mailing Address

_____    _____
Phone Number                        Email Address