**U.S. Immigration and Customs Enforcement**

500 12TH STREET, SW
WASHINGTON, DC 20536-

Mail Stop 5202-11078

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Mailstop 5202-11078

7589 0710 5270 3180 5356 97

quadient
FIRST-CLASS MAIL
IMI
$010.44 ⁰
03/20/2026  ZIP 20743
043M31110220

US POSTAGE

US OFFICIAL MAIL
$3CO Penalty
For Private Use

RECEIVED MAR 23 2026

4 PM
MC

Daniela Czemerinski
6402 Arlington Blvd Ste. 1130
Falls Church, VA 22042

SENDER: ··········

**CERTIFIED MAIL**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniela Czemerinski
6402 Arlington Blvd Ste. 1130
Falls Church, VA 22042

9590 9402 8696 3310 2518 39

2. Article Number *(Transfer from service label)*

9589 0710 5270 3180 5356 97

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

········· ECTION ON DELIVERY

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEPARTMENT OF HOMELAND SECURITY

# APPEAL DECISION AND ORDER UNDER THE IMMIGRATION AND NATIONALITY ACT

File Number: ▨

Penalty Tracking Number: ▨

In the Matter of: ▨

Name

▨

Address (Street Number and Name, City, State, and Zip Code)

On __2026-02-12__ , a Notice of Violation and Order was served upon you stating the U.S. Department of Homeland Security's determinations and the civil penalty amount to be imposed upon you for violating certain provisions of the Immigration and Nationality Act.

On the Notice of Violation and Order, you were advised of your right to appeal the civil penalty within 15 business days from the date of service of the immigration officer's decision by submitting a notice of appeal, including any written response and/or documentary evidence you would like considered in connection with your appeal.

In response to the Notice of Violation and Order, you:

☑ Filed an appeal—

    ☐ Admitting the violation.

    ☑ Denying the violation.

    ☐ However, the appeal was not timely filed within the requisite 15 business days from the date of service and, therefore, was not reviewed on the merits.

☑ Provided evidence in connection with your appeal including—

    ☑ Documentary evidence.

    ☑ Written response.

Pursuant to 8 C.F.R. § 281.1(e)(2), after a review of the record, including your appeal and evidence in connection, the following findings are entered:

☐ The Notice of Violation is **REVERSED**. Therefore, the Order imposing a civil penalty upon you is **CANCELLED**.

☑ The Notice of Violation is **AFFIRMED** for the following reasons:

    ☑ You are not a citizen or national of the United States.

Under the following sections of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code:

☐ **Section 240B**

    ☐ On _____ , you were permitted to depart voluntarily under Section 240B of Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c.

    ☐ You failed to voluntarily depart the United States within the time period specified.

DHS Form 281-A (8/25)

Page 1 of 3

| Name | File Number | Penalty Tracking Number |
|---|---|---|

Based on the foregoing, you are subject to a civil monetary penalty under Section 240B(d)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1).

**And as deemed appropriate, the Order imposing civil penalty upon you is:**

☐ **AFFIRMED**

    ☐ To be in the amount of: $ _____ , pursuant to Section 240B(d)(1)(A) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1)(A); and Title 8 of the Code of Federal Regulations, Part 281.

☑ **Section 274D**

    ☑ On __2017-06-22__ , an order of removal, for which you are subject, was made final.

    ☑ You—

        ☑ willfully failed or refused to depart from the United States pursuant to the order.

        ☑ willfully failed or refused to make timely application in good faith for travel or other documents necessary for departure.

        ☑ willfully failed or refused to present for removal at the time and place required by the Attorney General [or Secretary of Homeland Security].

Based on the foregoing, you are subject to a civil monetary penalty under Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a).

**And as deemed appropriate, the Order imposing civil penalty upon you is:**

☑ **AFFIRMED**

    ☑ To be in the amount of: $ **1,820,352.00** , pursuant to Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a); and Title 8 of the Code of Federal Regulations, Part 281.

    ☐ **Penalty Reduced.** To be in the amount of: $ _____ , pursuant to Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a); and Title 8 of the Code of Federal Regulations, Part 281.

☐ **Section 275**

    ☐ On _____ , you were apprehended while entering (or attempting to enter) the United States at a time or place other than as designated by immigration officers.

Based on the foregoing, you are subject to a civil monetary penalty under Section 275(b) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b).

**And as deemed appropriate, the Order imposing civil penalty upon you is:**

☐ **AFFIRMED**

    ☐ To be in the amount of: $ _____ , pursuant to Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1); and Title 8 of the Code of Federal Regulations, Part 281.

    ☐ To be in the amount of: $ _____ , twice the amount specified in Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1), because you have been previously subject to a civil penalty under this subsection, pursuant to Section 275(b)(2) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(2); and Title 8 of the Code of Federal Regulations, Part 281.

    ☐ **Penalty Reduced.** To be in the amount of: $ _____ , pursuant to Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1); and Title 8 of the Code of Federal Regulations, Part 281.

| | | |
|---|---|---|
| Name | File Number | Penalty Tracking Number |

■ DHS will issue an invoice and instructions for payment of the imposed civil penalty.

■ The appeal is **DISMISSED**.

DYPJDWGD.ICE
3/19/2026

**Sup. Immigration Services Officer** | **2026-03-19**

Signature of Supervisory Immigration Officer | Title of Supervisory Immigration Officer | Date

## NOTICE OF FINAL DECISION AND ORDER

I. **No further appeal.** There is no further appeal from this appeal decision and order. You may not file a motion to reopen or reconsider this appeal decision and order. The supervisory immigration officer's decision issued under Title 8 of the Code of Federal Regulations, Part 281(e)(2) constitutes final agency action unless the Secretary of Homeland Security, or the Secretary's designee, certifies the decision for review under (e)(4).

**Certificate of Service**

## MDYPJDWGD

Served by (print name)

## Sup. Immigration Services Officer

Name and title of employee or officer

Place of service

Person served (print name)

2026-03-19

Date served

DYPJDWGD.ICE
3/19/2026

Signature of employee or officer

Signature of person served

☐ Refused to sign

**Method of Service**

☐ Personal Delivery          ☐ Delivery to Attorney          ☐ Ordinary Mail

☐ Personal Delivery - Residence    ■ Certified or Registered Mail

DHS Form 281-A (8/25)

## Self-Deport with CBP Home and Leave on Your Own Terms

# Claim a Free Flight and an Exit Bonus for EACH Member of Your Family

If you're in the U.S. without legal status, now is the time to leave. You may be eligible to leave the country voluntarily through the **CBP Home Mobile App** and receive:



- **Financial Assistance:** Receive an exit bonus **per person**, in addition to free flights for you and all your accompanying family members.

- **Control Over Your Departure:** Return home as a regular traveler on a commercial flight.

- **Forgiveness of Fines for Failure to Depart:** Receive forgiveness of any civil immigration fines for failure to depart after a final order of removal or a voluntary departure order.

ʌu do not self-deport, ICE will continue to prioritize your removal. This ᴄᴀⁿ ᵢⁿclude prosecution, detention, fines, and removal.

## Visit dhs.gov/cbₚhome for more information



Scan the QR code to enroll. A CBP Home representative will contact you to arrange your flight and offer additional assistance.